**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Luis ARIAS–BUSTAMANTE,**
**Defendant–Appellant.**

**No. 15–7434.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 17, 2015.

Decided: Nov. 20, 2015.

Luis Arias–Bustamante, Appellant Pro Se. Olivia L. Norman, Office of The United States Attorney, Richmond, Virginia, for Appellee.

Before SHEDD, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luis Arias–Bustamante appeals the district court's order denying relief on his motion for reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Arias–Bustamante*, No. 3:10-cr-00021-REP-3 (E.D.Va. Aug. 26, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*